Motion Granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 3:15CR100 |
| | : | |
| Plaintiff, | : | JUDGE JEFFREY HELMICK |
| | : | |
| -vs- | : | |
| | : | **UNOPPOSED MOTION FOR** |
| TYRONE WARFIELD, | : | **SUSPENSION OF SUPERVISED** |
| | : | **RELEASE** |
| Defendant. | : | |

Defendant Tyrone Warfield, through undersigned counsel, respectfully moves this Court to suspend his supervised release and all related conditions, as well as his financial obligations stemming from sentencing. During a May 16, 2018 telephone status conference with this Court, the government advised that a motion would be filed by the end of this week dismissing Mr. Warfield's case in light of the Sixth Circuit's opinion in *United States v. Warfield*, 2018 U.S. App. LEXIS 9212 (6th Cir. Apr. 13, 2018). In light of that imminent dismissal, Mr. Warfield asserts he should not be subject to supervised release and its related conditions, financial and otherwise, pending the government's filing.

Undersigned counsel communicated with Assistant United States Attorney Noah Hood, who advised that he did not oppose the instant motion. Therefore, Mr. Warfield respectfully moves this Court to issue an order suspending his term of supervised release and its attendant conditions

and obligations, both financial and otherwise, pending dismissal of this case.

                                            Respectfully submitted,

                                            Stephen Newman
                                            Federal Public Defender
                                            Ohio Bar: 0051928

                                            *s/ Donna M. Grill*
                                            DONNA M. GRILL
                                            Ohio Bar: 0062141
                                            CLAIRE R. CAHOON
                                            Ohio Bar: 0082335
                                            Office of the Federal Public Defender
                                            617 Adams Street, 2nd Floor
                                            Toledo, Ohio 43604
                                            (419) 259-7370 (O) 419-259-7375 (F)
                                            donna_grill@fd.org
                                            claire_cahoon@fd.org

                                            Counsel for Defendant Tyrone Warfield

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2018, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by electronic mail to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                              Respectfully submitted,

                              *s/ Donna M. Grill*
                              DONNA M. GRILL
                              Office of the Federal Public Defender